**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AISHA RHODES,** : | |
|        **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-5135** |
| : | |
| **US BANK NATIONAL ASSOCIATION,** : | |
| *et al.* : | |
|        **Defendants.** : | |

## ORDER

**AND NOW,** this 27th day of February 2017, upon consideration of the pending motions, it is hereby **ORDERED** that:

1. Plaintiff's "Notice of Mandatory Judicial Notice," [Doc. No. 25], which was filed as a motion, is **GRANTED** to the extent that the Court has construed the document as a response in opposition to the Motions to Dismiss, and has considered the cited authorities, of which there was no need to take judicial notice.

2. Defendants' Motions to Dismiss [Doc. Nos. 16 and 22] are **GRANTED**. The Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                           **BY THE COURT:**

                                           **/s/Cynthia M. Rufe**
                                           _____
                                           **CYNTHIA M. RUFE, J.**